Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

DECEMBER 10, 2014
WILLIAM M. McCOOL, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBEL SISAY GEBREMEDHIU,<br><br>Defendant. | CR14 0352 MJP<br><br>INDICTMENT |

## COUNT 1

*(Felon in Possession of a Firearm)*

On or about September 27, 2014, at Seattle, within the Western District of Washington, ROBEL SISAY GEBREMEDHIU, having previously been convicted of crimes punishable by imprisonment for a term exceeding one year, namely:

*Assault in the Third Degree* and *Unlawful Imprisonment*, King County Superior Court, case number 01-1-03194-1, on or about August 31, 2001;

*Attempted Possession of Cocaine*, King County Superior Court, case number 02-1-04722-6, on or about August 9, 2002;

*Possession of Cocaine with Intent to Deliver*, King County Superior Court, case number 04-1-00488-4, on or about September 9, 2004;

INDICTMENT/GEBREMEDHIU - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  *Possession of Cocaine*, King County Superior Court, case number 05-1-00160-3, on or about April 5, 2005; and

2  *Conspiracy to Distribute Cocaine Base*, United States District Court for the Western District of Washington, case number CR06-026RSL, on or about January 5, 2007;

did knowingly possess, in and affecting commerce, a firearm, namely, a loaded Glock 35 .40 caliber semiautomatic pistol, bearing serial number DFM365, which had previously been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

INDICTMENT/GEBREMEDHIU - 2

**ASSET FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1, the defendant, ROBEL SISAY GEBREMEDHIU, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including but not limited to the firearm identified in Count 1.

A TRUE BILL:

DATED: 12-10-14

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
ANNETTE L. HAYES
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
ANDREW C. FRIEDMAN
Assistant United States Attorney